# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

4-790

DISTRICT COURT
NORTHERN DIST. OF TX
DIVISION
FILED

2022 DEC 29 PM 12:18

DEPUTY CLERK____MW

_Carl R. Franklin_
Plaintiff

4-22CV-1153P

v.

_Prospect Airport Services, Inc_
Defendant

Civil Action No.

## COMPLAINT

Racial equity Employment discrimination.
I believe I was more qualified and just as qualified
in the position of Electric Cart drivers at
DFW Airport, but denied Employment
due to my RACE (I'm not Anti-Middle Easterns
Anti-Muslim, Anti-white,
But Anti-discrimination)

\* Attach additional pages as needed.

| | |
|---|---|
| Date | December 28, 2022 |
| Signature | Carl Franklin |
| Print Name | Carl Franklin |
| Address | 612 Heights Drive Apt. H |
| City, State, Zip | Fort Worth, Texas 76112 |
| Telephone | 817-201-6430 |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Dallas District Office
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/30/2022

**To:** Mr. Carl R. Franklin
612 Heights Dr. Apt. H
Fort Worth, TX 76112
Charge No: 31A-2019-00013

EEOC Representative and email:    Dennis Guzman
EEO Investigator
dennis.guzman@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 31A-2019-00013.

On behalf of the Commission,

Dennis Guzman
Digitally signed by Dennis Guzman
Date: 2022.06.30 06:36:37-06:00
for

Travis M. Nicholson
District Director